LOMBARD, J„
CONCURS IN RESULT.
| ] This is a straightforward case — the defendant’s former wife, the lessee of the premises, gave her consent for a search of the premises when the police arrived at the residence with an arrest warrant for the defendant. This is not a novel issue under Louisiana state law. Accordingly, the extended discussion of federal 4th Amendment law and citation to landmark U.S. Supreme Court cases pertaining to collection and testing of urine (Skinner), school searches (New Jersey v. T.L.O.), car searches |(Schneckloth v. Bustamonte), and the circa 1981 split in the federal circuits as to whether police should be required to obtain a search warrant prior to entering the home of a third party to effect an arrest {Steagald) is unnecessary, as is the extended discussion of whether a parolee or probationer has a reduced expectation of privacy. Therefore, I concur in the result.